No. 53. Ex Parte Picornell.—Regarding cancellation of notarial bond executed by the National Surety Company in favor of The People of Porto Rico and requiring that new bond be furnished. Decided December 23, 1912. Notary Salvador Picornell required to furnish new notarial bond.